Manjarres and Manjarres v. Solar Mosaic, LLC, et al

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-8637 (VEC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Solar Mosaic, LLC
was received by me on *(date)* 11/14/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation. Registered Agent for Solar Mosaic, LLC on *(date)* 11/21/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/21/2024

*Server's signature*

Brian L. Bromberg, Attorney for Plaintiff
*Printed name and title*

Bromberg Law Office, P.C.
352 Rutland Road, #1
Brooklyn, NY 11225
*Server's address*

Additional information regarding attempted service, etc:
See attached receipt from CT Corporation



**SOP Intake** Portal

**Date:** Thu, Nov 21, 2024

**Time:** 12:45 PM

**Name:** NY-NYC DROPOFFPROCESSSERVER

**Phone:** 212-111-2222

**Juris Served:** NY

**Job ID:** 554740

**Total Entries:** 1

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
|---|---|---|
| SOLAR MOSAIC LLC |  | 24CV08637VEC |

Intake Specialist: Mohamed Dansoko

CT Corporation, a Wolters Kluwer Company