```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RENNIE SOMAR,  :
  :
                       Plaintiff,  :
         -against-  :
  :   24-CV-8637 (VEC)
SOLAR MOSAIC, LLC & NYS ESSENTIAL  :
POWER INC.,  :   ORDER
  :
                      Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Court for an initial pretrial conference on February 7, 2025; and

      WHEREAS Plaintiff anticipates filing an Amended Complaint and adding an additional defendant.

      IT IS HEREBY ORDERED that Plaintiff must file the Amended Complaint by no later than **February 21, 2025**.  Once the newly added Defendant appears, the Court will schedule another initial pretrial conference and will enter a case management plan following the conference.

**SO ORDERED.**

Date: February 7, 2025
      New York, New York

                                             **VALERIE CAPRONI**
                                        **United States District Judge**