```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
RENNIE SOMAR,                                                :
                                                             :
                Plaintiff,          :
       -against-                                            :
                                                             :   24-CV-8637 (VEC)
SOLAR MOSAIC, LLC & NYS ESSENTIAL                            :
POWER INC.,                                                  :   ORDER
                                                             :
                Defendants.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 7, 2025, Plaintiff filed an Amended Complaint, *see* Dkt. 32;

        WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading; and

        WHEREAS Plaintiff did not file a redlined version of the amended pleading.

        IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint by no later than **March 13, 2025**.

**SO ORDERED.**

Date: March 10, 2025
      New York, New York

                                                               **VALERIE CAPRONI**
                                                          **United States District Judge**