UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX #: 24-CV-8637 (VEC)
Date Filed: March 10, 2025
Court Date:

ATTORNEY(S): PH:
ADDRESS: File No.:

### RENNIE SOMAR

vs

### SOLAR MOSAIC, LLC AND NYS ESSENTIAL POWER INC., AND MATTHEW DRATEL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

PAUL MARTINEZ, sworn and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Thursday, March 20, 2025** at **10:08 AM**, at 305 BRANCH AVENUE, Freeport, NY 11520, deponent served the Summons In A Civil Action And First Amended Complaint

on: **MATTHEW DRATEL**, Defendant therein named.

**#1 INDIVIDUAL** [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 MAIL COPY** [ ] On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#3 DESC.** [X] A perceived description of the person served is as follow
Gender: Male   Race: White   Color of hair: Red   Age: 21 - 35 Yrs.   Height: 5ft 4in - 5ft 8in
Weight: 161-200 Lbs.   Other Features: BEARD

**#4 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MIL. SRVC** [X] Your deponent asked the person spoken to whether defendant/respondent was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant/respondent is not in the military service.

**#6 OTHER** [ ]

Sworn to before me on March 20, 2025

SHIRLEEN V. BOWDEN SANDY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DO6429098, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES FEBRUARY 7, 2026

PAUL MARTINEZ
Server's Lic #
Invoice•Work Order # 427123

Tristate Judicial Services, Inc., 30 South Ocean Avenue, Ste. 303, Freeport, NY 11520