USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
RENNIE SOMAR,                                                 :
                                                              :
                              Plaintiff,                      :
               -against-                                      :
                                                              :   24-CV-8637 (VEC)
SOLAR MOSAIC, LLC, NYS ESSENTIAL                              :
POWER INC. & MATTHEW DRATEL,                                  :   ORDER
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2025, Plaintiff filed an Amended Complaint, adding Matthew Dratel as a Defendant, *see* Dkt. 32;

WHEREAS on March 17, 2025, Defendant NYS Essential Power Inc. ("NYS Power") filed its answer to the Amended Complaint and asserted a crossclaim against Defendant Dratel, *see* Dkt. 37;

WHEREAS on March 20, 2025, Plaintiff served the Amended Complaint on Defendant Dratel, *see* Dkt. 38; and

WHEREAS to date, Defendant Dratel has not appeared in the litigation and his time to respond has passed.

IT IS HEREBY ORDERED that Plaintiff and Defendant NYS Power must move for a default judgment against Defendant Dratel, consistent with the procedures in Attachment A to the Undersigned's Individual Practices in Civil Cases, by June 6, 2025.

**SO ORDERED.**

Date: May 8, 2025
      New York, New York

_____
**VALERIE CAPRONI
United States District Judge**