**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

RENNIE SOMAR

                    Plaintiff,

          vs.                                    No. 1:24-cv-08637 VEC

SOLAR MOSAIC, LLC, NYS ESSENTIAL
POWER, INC., and MATTHEW DRATEL,

                    Defendants.

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST
DEFENDANT MATTHEW DRATEL**

Upon the accompanying Declaration of Brian L. Bromberg, dated June 6, 2025, and upon the pleadings, and upon all of the proceedings heretofore had herein, it is hereby ORDERED that Defendant MATTHEW DRATEL show cause before the Honorable Valerie E. Caproni, United States District Judge, for the United States District Court for the Southern District of New York, located at Daniel Patrick Moynihan United States Courthouse, Courtroom 20C, 500 Pearl Street, New York, New York 10007, on _____, 2025, at _____ ___.M., why an order should not be made entering a default judgment on liability against Defendant MATTHEW DRATEL for failing to serve and file an Answer after having been served with the Summons and Amended Complaint herein;

ORDERED that Plaintiff shall serve, by Federal Express, Overnight Delivery, a copy of this Order, together with Plaintiff's supporting Declaration and exhibits on Defendant MATTHEW DRATEL, **on or before _____, 2025;**

ORDERED that any response by Defendant MATTHEW DRATEL is to be served and filed **on or before _____, 2025;**

1

ORDERED that Plaintiff shall serve and file reply papers, if any, **on or before** _____, **2025**;

ORDERED that Plaintiff shall file proof of service of this Order to Show Cause **on or before** _____, **2025**; and

Defendant MATTHEW DRATEL is advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against him, in which event Defendant MATTHEW DRATEL will have no trial.


SO ORDERED.

Dated: _____, 2025
New York, New York


_____
VALERIE E. CAPRONI, U.S.D.J.