# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────x

RENNIE SOMAR,

                Plaintiff,              No. 24-CV-8637 (VEC)

    -against-

SOLAR MOSAIC, LLC,

and

NYS ESSENTIAL POWER, INC.,

and

MATTHEW DRATEL

                Defendants.
───────────────────────────────────────x

## Clerk's Certificate of Default

I, Tammi M. Hellwig, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 13, 2024, with the filing of a Complaint, and a First Amended Complaint was filed on March 7, 2025, Document No. 32, and a copy of the summons and First Amended Complaint was served on Defendant **Matthew Dratel**, by personal delivery on Defendant **Matthew Dratel**, himself, on March 20, 2025 at 10:08 a.m., and proof of service was therefore filed on March 20, 2025, Document No. 38, and I further certify that the docket entries indicate that Defendant **Matthew Dratel** has not filed an

answer or otherwise moved with respect to the First Amended Complaint herein. The default of defendant **Matthew Dratel** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
            May 23, 2025

                       TAMMI M. HELLWIG, Clerk of Court

                       By: _____
                                Deputy Clerk