# Exhibit D

**CONSUMERSLAW.COM**

# FLITTER·MILZ

ATTORNEYS AT LAW

CARY L. FLITTER 1,2,3
ANDREW M. MILZ 1,2
JODY THOMAS LÓPEZ-JACOBS 1,2
EDWARD M. FLITTER 1,2

1 PA BAR | 2 NJ BAR | 3 NY BAR

TOLLFREE: 888-668-1225

RESPOND TO:

PA
(610) 822-0781
Email: amilz@consumerslaw.com

April 23, 2025

*VIA U.S. Postal Service*
Matthew Dratel
305 Branch Avenue
Freeport, NY 11520

RE:     **Rennie Somar v. Solar Mosaic and NYS Essential Power, Inc.;
        Case No. 1:24-cv-08637 (VEC)**

Dear Mr. Dratel,

You have been sued in federal court in the above captioned case. The First Amended Complaint was personally served upon you on March 20, 2025. The docket does not reflect that you filed an answer in the case. We are enclosing the complaint again here. Should you not file an answer in the next 10 days, we will proceed to ask the court to enter default against you for failure to appear. Please be guided accordingly.

Very Truly Yours,

*/s/ Andrew M. Milz*
ANDREW M. MILZ
*Attorney for Plaintiff*

Enclosure

**PHILADELPHIA**
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA 19072
610-266-7863
FAX: 610-667-0552

**SCRANTON**
216 N. BLAKELY STREET
DUNMORE, PA 18512
570-216-3210
FAX: 833-775-3450

**NEW JERSEY**
1814 EAST RT. 70, SUITE 350
CHERRY HILL, NJ 08003
856-396-0600
FAX: 833-775-3450

**NEW YORK**
TWO INTERNATIONAL DR., SUITE 350
RYE BROOK, NY 10573
914-934-8080
FAX: 833-775-3450