IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENNIE SOMAR<br><br>                    Plaintiff,<br><br>      vs.<br><br>SOLAR MOSAIC, LLC, NYS ESSENTIAL POWER, INC., and MATTHEW DRATEL,<br><br>                    Defendants. | No. 1:24-cv-08637 VEC |

**ORDER**

VALERIE E. CAPRONI, District Judge:

This action having been commenced against Defendant MATTHEW DRATEL on March 7, 2025, by the filing of the Summons and Amended Complaint, and a copy of the Summons and Amended Complaint having been served on Defendant MATTHEW DRATEL on March 20, 2025 by personal service; and proof of service having been filed on March 20, 2025; and Defendant MATTHEW DRATEL not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Defendant MATTHEW DRATEL is hereby held in default and that Plaintiff has judgment against Defendant MATTHEW DRATEL for the relief requested in the Complaint, and it is further

1

ORDERED, ADJUDGED AND DECREED that any hearing, inquest, or trial regarding damages and any petition for attorney fees and costs be coordinated with the jury trial of the answering defendants.

SO ORDERED.

Dated: _____, 2025
       New York New York

_____
VALERIE E. CAPRONI, U.S.D.J.