UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENNIE SOMAR,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>SOLAR MOSAIC, LLC, NYS ESSENTIAL POWER INC., and MATTHEW DRATEL,<br><br>　　　　　　　　Defendants. | Case No.:  1:24-cv-08637-VEC |

**<u>SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE THAT** on June 6, 2025, defendant Solar Mosaic LLC, and certain of its direct and indirect subsidiaries (collectively, the "Debtors"), filed a voluntary petition (a copy of which is attached hereto as **Exhibit A**) for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1330 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") as Case No. 25-90155.  The Debtors' chapter 11 cases, including the defendant's case, are being jointly administered under *In re Mosaic Sustainable Finance Corporation*, Case No. 25-90156 (Bankr. S.D. Tex. (Hou.)).  In accordance with the automatic stay provision of section 362 of the Bankruptcy Code, the above-captioned lawsuit which seeks to recover a claim against a debtor which arose before the petition date is stayed and cannot be prosecuted, nor can any judgment be rendered against a debtor, absent an order of the Bankruptcy Court.

All subsequent communications and documents relating to this matter should be sent to counsel for the Debtors:  Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: Charles Persons (charlespersons@paulhastings.com) and Schlea Thomas (schleathomas@paulhastings.com); Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Murphy (mattmurphy@paulhastings.com) and Michael Jones (michaeljones@paulhastings.com).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail to Bromberg Law Office, P.C., Attn: Brian L. Bromberg, 352 Rutland Road, #1, Brooklyn, NY 11225 and Flitter Milz, P.C., Andrew M. Milz, 450 N. Narberth Ave, Suite 101, Narberth PA 19072.

[*Remainder of Page Intentionally Left Blank.*]

Dated:  June 10, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By: */s/Robert J. Guite*
    Robert J. Guite, NY State Bar No. 6059141
    Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111-4109
    Telephone: 415.434.9100
    Facsimile:  415.434.3947
    rguite@sheppardmullin.com

*Attorneys for Defendants*
*SOLAR MOSAIC LLC*