USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/25_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENNIE SOMAR,

                            Plaintiff,

            -against-

SOLAR MOSAIC, LLC, NYS ESSENTIAL
POWER, INC., & MATTHEW DRATEL,

                            Defendants.

24-CV-8637 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

Upon the Affidavit of Brian L. Bromberg in Support of Default Judgment ("Howard Affirmation"), the supporting papers submitted therewith, and the complaint in this action,

IT IS HEREBY ORDERED that Defendant MATHEW DRATEL show cause before this Court in Courtroom 20C, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on **August 15, 2025**, at **10:00 A.M.**, why an order should not be issued pursuant to Federal Rules of Civil Procedure 55, entering default judgment against him.

IT IS FURTHER ORDERED that a copy of this Order, the Bromberg Affidavit, and exhibits must be served upon Defendant DRATEL on or before **July 3, 2025**, by overnight delivery, and such service shall be deemed good and sufficient service. Plaintiff's counsel must file proof of mailing on ECF no later than **July 7, 2025**.

IT IS FURTHER ORDERED that any responsive papers from Defendant DRATEL must be filed no later than **July 25, 2025**.  If Defendant appears in this action, Plaintiff's reply papers must be filed by no later than **August 1, 2025**.

Defendant DRATEL is advised that failure to respond to the Order to Show Cause may be

grounds for the granting a default judgment against him, in which event there will be no trial and a

monetary judgment will be entered in favor of Plaintiff and against Defendant DRATEL.

**Date:** June 27, 2025

SO ORDERED.

**HONORABLE VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**