**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)

352 Rutland Road #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:     (212) 248-7908

**MEMO ENDORSED**

June 30, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/25

Via ECF
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Somar v. Solar Mosaic, LLC, et al.*
       Case No. 24-CV-8637 (VEC)

Dear Judge Caproni:

My office, together with co-counsel, represents the plaintiff, Rennie Somar, in the above-referenced case.

I am writing to request that Your Honor reschedule the hearing on the Order to Show Cause (ECF# 57) for why a default judgment should not be entered against Defendant Matthew Dratel from August 15, 2025 to any day from August 25-29, 2025. I am making this request because I have a jury trial on a class action beginning on August 11, 2025 before Judge Rakoff that is anticipated to last up to two weeks.

I have consulted with Jeffrey Ettinger, Esq., counsel for NYS Essential Power, Inc., and the adjournment is acceptable to him. (Defendant Solar Mosaic, LLC is in Chapter 11 Bankruptcy and is not affected by this adjournment.)

Because of this scheduling conflict, I have not yet served the Order to Show Cause.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc:   All Attorneys of Record (Via ECF)

Application GRANTED.  The Initial Pretrial Conference and Show Cause Hearing scheduled for August 15, 2025 at 10:00 A.M. is ADJOURNED to August 28, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint letter must be filed by August 20, 2025.

As for the Order to Show Cause why default judgment should not be entered against Defendant Dratel, Plaintiff must serve Defendant Dratel with a copy of this order, the Orders at Dkt. 57 and 58, and all materials upon which Plaintiff's motion for default judgment is based by July 3, 2025 by overnight delivery, and such service shall be deemed good and sufficient service. Plaintiff's counsel must file proof of mailing on ECF no later than July 7, 2025.  Any responsive papers from Defendant Dratel must be filed no later than July 25, 2025. If Defendant Dratel appears in this action, Plaintiff's reply papers must be filed by no later than August 1, 2025. Defendant Dratel is advised that failure to respond to the Order to Show Cause may be grounds for the granting a default judgment against him, in which event there will be no trial and a monetary judgment will be entered in favor of Plaintiff and against Defendant Dratel.

SO ORDERED.

6/30/25

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE