**FedEx**

July 03, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882477731778

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | FREEPORT, NY, |
| | | **Delivery date:** | Jul 3, 2025 10:41 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 882477731778 | **Ship Date:** | Jul 2, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| FREEPORT, NY, US, | | Narberth, PA, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

**From:** FedEx Tracking
**To:** Valerie Bolton
**Subject:** Your shipment was delivered 882477731778
**Date:** Thursday, July 3, 2025 10:44:07 AM



# Your shipment was delivered.

Delivery Date

Thu, 07/03/2025
10:41am

Delivered to

305 BRANCH AVE, FREEPORT, NY 11520



Delivery picture not showing?
View in browser

GET PROOF OF DELIVERY

Report missing package

# How was your delivery?



## Tracking details

| | |
|---|---|
| Tracking ID | 882477731778 |
| From | Flitter Milz, P.C.<br>450 N. Narberth Avenue<br>Suite 101<br>Narberth, PA, US<br>19072 |
| To | Matthew Dratel<br>305 Branch Avenue<br>FREEPORT, NY, US<br>11520 |
| Ship date | Wed 7/02/2025 07:02 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx Priority Overnight® |

**TRACK SHIPMENT**



## Use a QR code on your phone, instead of a printer at home

Don't worry about printing a shipping label at home—head to Walgreens or another participating retailer. Show your return QR code from a merchant or one you created with the FedEx® Mobile app.

**FIND A PARTICIPATING LOCATION**

✉️ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:43 AM CDT 07/03/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026