```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RENNIE SOMAR,                                               :
                                                            :
                                       Plaintiff,           :
                  -against-                                 :
                                                            :           24-CV-8637 (VEC)
                                                            :
SOLAR MOSAIC, LLC, NYS ESSENTIAL                            :
POWER INC. & MATTHEW DRATEL,                                :           ORDER ENTERING
                                                            :           DEFAULT JUDGMENT
                                       Defendants.          :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS Plaintiff Rennie Somar ("Plaintiff") seeks an Order pursuant to Federal Rules of Civil Procedure 55(b)(2), entering a default judgment against Defendant MATTHEW DRATEL, *see* Pl. Mot., Dkts. 47–51 ;

  WHEREAS on March 20, 2025, Plaintiff served Defendant MATTHEW DRATEL a copy of the Summons and Amended Complaint by personal service, *see* Dkt. 38;

  WHEREAS Defendant MATTHEW DRATEL has failed to answer the Amended Complaint or otherwise appear; and

  WHEREAS Defendant NYS ESSENTIAL POWER INC. asserted crossclaims against Defendant MATTHEW DRATEL, *see* Dkt. 37, and Defendant NYS ESSENTIAL POWER INC. did not move for default judgment against Defendant MATTHEW DRATEL by the deadline, *see* Dkt. 40.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that a Default Judgment is entered in favor of Plaintiff against Defendant MATTHEW DRATEL.

  IT IS FURTHER ORDERED that any hearing, inquest, or trial regarding damages and any petition for attorney fees and costs be coordinated with the jury trial of the answering Defendants.

  IT IS FURTHER ORDERED that Defendant NYS ESSENTIAL POWER INC.'s

crossclaims are DISMISSED for failure to prosecute.

**SO ORDERED.**

Date: **September 1, 2025**
      **New York, New York**

                                            **VALERIE CAPRONI**
                                           **United States District Judge**