**FLITTER MILZ, P.C.**
CONSUMERSLAW.COM
ATTORNEYS AT LAW

CARY L. FLITTER [1,2,3]
ANDREW M. MILZ [1,2]
JODY THOMAS LÓPEZ-JACOBS [1,2]
[1] PA BAR | [2] NJ BAR | [3] NY BAR

TOLLFREE: 888-668-1225

RESPOND TO:

PHILA
(610) 822-0781
amilz@consumerslaw.com

October 31, 2025

*Via ECF*

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   RE: **Rennie Somar v. Solar Mosaic and NYS Essential Power, Inc.;**
      **Case No. 1:24-cv-08637 (VEC)**
      <u>**Solar Mosaic Bankruptcy Stay has Lifted; Request for Scheduling Conference**</u>

Dear Judge Caproni,

  We are counsel for Rennie Somar, the Plaintiff in the above-captioned consumer fraud matter. On June 11, 2025, the Court stayed this matter against Defendant Solar Mosaic due to that entity's bankruptcy. I write to report that Solar Mosaic's bankruptcy plan was confirmed effective September 22, 2025, and that the stay is no longer in effect. As such, this matter may proceed once again against Solar Mosaic, the lender in this transaction.

  Both Plaintiff and Defendant NYS Essential Power, Inc. believe that a Scheduling Conference would be appropriate at this time, as Plaintiff anticipates requiring time to amend his complaint to plead-in Solar Mosaic's successor entity and/or any new holder of Mr. Somar's loan (acquired during the bankruptcy proceedings) into the case. The parties will also require an extension of discovery to accommodate the addition of any new parties and the resumption of the case against Solar Mosaic.

  As such, we request the Court convene a telephone scheduling conference at its convenience to move this matter forward.

          Respectfully submitted,

          ANDREW M. MILZ

AMM/vcb
cc: All counsel of record (via ECF)

PHILADELPHIA
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA 19072
610-266-7863
FAX: 610-667-0552

SCRANTON
216 N. BLAKELY STREET
DUNMORE, PA 18512
570-216-3210
FAX: 833-775-3450

NEW JERSEY
1814 EAST RT. 70, SUITE 350
CHERRY HILL, NJ 08003
856-396-0600
FAX: 833-775-3450

NEW YORK
TWO INTERNATIONAL DR., SUITE 350
RYE BROOK, NY 10573
914-934-8080
FAX: 833-775-3450