```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RENNIE SOMAR,                                                  :
                                                               :
                              Plaintiff,                       :
              -against-                                        :
                                                               :   24-CV-8637 (VEC)
SOLAR MOSAIC, LLC, NYS ESSENTIAL                               :
POWER INC. & MATTHEW DRATEL,                                   :       ORDER
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference is currently scheduled in the above-captioned case for Friday, November 14, 2025, at 10:00 a.m., Dkt. 68.

IT IS HEREBY ORDERED that this conference is adjourned to **Friday, December 5, 2025, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: November 7, 2025
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**