```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RENNIE SOMAR,                                                :
                                                             :
                                Plaintiff,                   :
              -against-                                      :
                                                             :   24-CV-8637 (VEC)
SOLAR MOSAIC, LLC & NYS ESSENTIAL                            :
POWER INC.,                                                  :   ORDER
                                                             :
                                Defendants.                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 5, 2025, the parties appeared before the Court for a conference.

IT IS HEREBY ORDERED that **no later than Friday, December 12, 2025**, Defendant Solar Mosaic, LLC must submit (1) the bankruptcy plan and (2) a short letter to the Court regarding the bankruptcy plan's discharge of legal claims against Solar Mosaic, LLC (or lack thereof).

IT IS FURTHER ORDERED that the Civil Case Management Plan and Scheduling Order entered by the Court on August 21, 2025, at Dkt. 64 is augmented and amended as follows:

1. The parties must meet and confer regarding procedures for identifying materials withheld on grounds of privilege or as trial preparation materials pursuant to Federal Rule of Civil Procedure 26(b)(5)(A) **by December 12, 2025**. They must submit a joint letter to the Court regarding their proposed procedures **by December 17, 2025**.

2. Plaintiff must file its Second Amended Complaint **by December 19, 2025**.

3. Defendants must file any counterclaims **by January 9, 2026**.

4. The deadline for fact discovery is adjourned to **April 3, 2026**.

IT IS FURTHER ORDERED that the parties must appear for a conference **on Friday, April 10, 2026, at 10:00 a.m.**, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  December 8, 2025
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**