```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RENNIE SOMAR,

         Plaintiff,

    -against-

SOLAR MOSAIC, LLC & NYS ESSENTIAL POWER INC.,

         Defendants.
------------------------------------------------------------- X

24-CV-8637 (VEC)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

  The above-entitled action is referred to Magistrate Judge Wang for the following purpose:

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**X** Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

 All such motions: \_\_\_\_

**SO ORDERED.**

Date: December 8, 2025
   New York, NY

            _/s/ Valerie Caproni_
            **VALERIE CAPRONI**
            **United States District Judge**