**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RENNIE SOMAR,

                Plaintiff,

                -against-

SOLAR MOSAIC, LLC, et al.,

                Defendants.

------------------------------------------------------------x

24-CV-8637 (VEC) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, January 14, 2026 at 4:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: December 10, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge