**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

415.774.3176 direct
rguite@sheppardmullin.com

File Number: 57TS-402627

December 12, 2025

**VIA ECF**

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Rennie Somar v. Solar Mosaic, LLC et al.*, Case No. 1:24-cv-08637 (VEC)

Dear Judge Caproni:

Defendant Solar Mosaic LLC ("Mosaic") submits this letter pursuant to the Court's order of December 8, 2025 (Dkt. 71). Annexed hereto is a true and correct copy of the Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of its Affiliated Debtors (the "Plan").

On September 5, 2025, the United States Bankruptcy Court for the Southern District of Texas entered its Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of its Affiliated Debtors (the "Confirmation Order")[1] confirming the Plan.

The Plan, among other things, provides for the appointment of Olive Advisors, LLC (the "Plan Administrator") as "Plan Administrator" for four of the five Debtors: Mosaic; Modern Home LLC; Mosaic Funding Holdings LLC; and SMCTX LLC (collectively, the "Wind Down Debtors") upon the Plan's "Effective Date," as that term is defined in the Plan. The Plan Effective Date occurred on September 22, 2025.[2] The Plan Administrator's duties under the Confirmation Order and Plan include, among other things, managing the Wind Down Debtors, acting as fiduciary and, as necessary, judicial substitute for, the Wind Down Debtors; and the efficient wind down of the Wind Down Debtors' estates and administration of claims asserted against those estates.[3] This includes, defending (as appropriate) and resolving or providing for the resolution of all claims and pending litigation against Mosaic, such as the instant action.

Also, upon the Effective Date, the Debtors received a discharge under Bankruptcy Code Section 1141(d) of all pre-petition claims against them; however, the discharge expressly does not apply

---

[1]  Bankruptcy Case ECF No. 671.
[2]  *See* Bankruptcy Case ECF No. 769.
[3]  *See* Plan §§ 7.16, 7.20(b); 7.21.

**SheppardMullin**

Terri Martinez
December 12, 2025
Page 2

to "Consumer Credit Transaction Claims"[4] against Mosaic,[5] which may include claims and causes of action by the Plaintiff in this Case.[6]

Respectfully submitted,

*Robert J. Guite*

Robert J. Guite
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4919-2106-1249.1

---

[4] Defined in Plan § 1.37 as "any [c]laim related to an interest in a consumer credit transaction that is subject to the Truth in Lending Act or any interest in a consumer credit contract (as defined in section 433.1 of title 16 of the Code of Federal Regulations (January 1, 2004), as amended from time to time)."

[5] *See* Confirmation Order at ¶47 (expressly excepting "Consumer Credit Transaction Claims" from being discharged under 11 U.S.C. §1141(d)); Plan, § 12.1 (same).

[6] Defendant reserves, and does not waive, any rights with respect to the characterization of the claims and causes of action asserted in this Case under the Plan.