**FLITTER MILZ, P.C.**
CONSUMERSLAW.COM
ATTORNEYS AT LAW

CARY L. FLITTER [1,2,3]
ANDREW M. MILZ [1,2]
JODY THOMAS LÓPEZ-JACOBS [1,2]
[1] PA BAR | [2] NJ BAR | [3] NY BAR

TOLLFREE: 888-668-1225

RESPOND TO:

PA
(610) 822-0781
Email: amilz@consumerslaw.com

January 12, 2026

**VIA ECF**
Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:** Rennie Somar v. Solar Mosaic and NYS Essential Power, Inc.;
Case No. 1:24-cv-08637 (VEC)

Dear Judge Caproni,

Pursuant to the Court's Order dated December 22, 2025 (ECF 78), the parties report that they have identified April 3, 2026 (the date of the discovery cutoff) as a "date certain" by which any claims of privilege will be made.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew M. Milz* <br> ANDREW M. MILZ <br> FLITTER MILZ, P.C. <br> 450 N. Narberth Avenue, Suite 101 <br> Narberth, PA 19072 <br> Phone: (610) 822-0781 <br> Fax: (610) 667-0552 <br> amilz@consumerslaw.com <br> *Attorneys for Plaintiff* | */s/ Brian L. Bromberg* <br> BROMBERG LAW OFFICE, P.C. <br> 99 Main Street <br> Nyack, NY 10960 <br> Phone: (212) 248-7906 <br> Fax: (212) 248-7908 <br> brian@bromberglawoffice.com <br> *Attorneys for Plaintiff* |
| */s/ Robert J. Guite* <br> SHEPPARD MULLIN RICHTER & HAMPTON LLP <br> 4 Embarcadero Center, 17th Floor | */s/ Jeffrey S. Ettenger* <br> SCHWARTZ ETTENGER, PLLC <br> 445 Broad Hollow Road, Suite 205 <br> Melville, NY 11747 |

PHILADELPHIA
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA 19072
610-266-7863
FAX: 610-667-0552

SCRANTON
216 N. BLAKELY STREET
DUNMORE, PA 18512
570-216-3210
FAX: 833-775-3450

NEW JERSEY
1814 EAST RT. 70, SUITE 350
CHERRY HILL, NJ 08003
856-396-0600
FAX: 833-775-3450

NEW YORK
TWO INTERNATIONAL DR., SUITE 350
RYE BROOK, NY 10573
914-934-8080
FAX: 833-775-3450

| | |
|---|---|
| San Francisco, CA 94111<br>Phone: (415) 774-3176<br>Fax: (415) 403-6014<br>rguite@sheppardmullin.com<br>*Attorneys for Defendant Solar Mosaic LLC* | Phone: (631) 777-2401<br>Fax: (631) 777-2402<br>jse@selawny.com<br>*Attorneys for Defendant NYS Essential Power, Inc.* |