**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RENNIE SOMAR,                                             :
                                                          :
                Plaintiff,             :   24-CV-8637 (VEC) (OTW)
                                                          :
                -against-             :   **SCHEDULING ORDER**
                                                          :
SOLAR MOSAIC, LLC, et al.,                                :
                                                          :
                Defendants.            :
                                                          :
                                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, January 28, 2026 at 4:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

SO ORDERED.

                                                                          *s/ Ona T. Wang*

Dated: January 20, 2026                                                                **Ona T. Wang**
        New York, New York                                            United States Magistrate Judge