

**Schwartz Ettenger,**PLLC

Experience you need. Results you want.

631-777-2401   Fax: 631-777-2402
445 Broad Hollow Road, Suite 205, Melville, NY 11747

May 6, 2026

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2026

*VIA ECF*
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** ***Somar v. Solar Mosaic and NYS Essential Power***
> **Case No. 1:24-cv-08637**

Dear Judge Caproni:

I write with a joint request of the parties that this matter be referred back to U.S. Magistrate Judge Wang for a settlement conference. Resolution has been complicated by Solar Mosaic's bankruptcy. However, the parties have discussed the matter informally and believe there is a reasonable chance the case can be resolved before the parties undertake the expense of deposition discovery. We jointly ask the Court to refer this matter back to Magistrate Judge Wang and for discovery to be continued sixty days to August 2, 2026. Should the Court have any questions or concerns, the parties can make themselves available for a conference call with the Court.

We thank the Court in advance for its cooperation and look forward to the Court's response.

Application GRANTED. The discovery deadline is now **Monday, August 3, 2026**. The Court is unlikely to extend this deadline further absent extraordinary circumstances. The conference scheduled for June 12, 2026, is now adjourned to **Friday, August 7, 2026, at 10:00 a.m.**

SO ORDERED.                    5/8/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Very truly yours,

Jeffrey S. Ettenger

https://nys essential power, inc/somar/05 26 letter to court.docx