MEMO ENDORSED

BROMBERG LAW OFFICE, P.C.
Brian L. Bromberg (Admitted in NY, NJ & CA)

New York Office:
99 Main Steet
Nyack, NY 10960
Phone: (212) 248-7906

New Jersey Office:
295 Whiteman Street, #1
Fort Lee, NJ 07024
Fax: (212) 248-7908

October 27, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

Via ECF
Hon. Valerie E. Caproni, U.S.D.J.
Southern District of New York

**Re: *Somar v. Solar Mosaic, LLC, et al.*, No. 1:24-cv-08637 (VEC)**

Dear Judge Caproni:

We represent Plaintiff Rennie Somar. Under Fed. R. Civ. P. 6(b)(1)(A), Plaintiff requests a 30-day extension of the deadline to apply to reopen this action as to Defendants NYS Essential Power, Inc. ("NYS") and Matthew Dratel.

On October 1, 2026, the Court dismissed this action and allowed the parties 30 days to apply to reopen. (Dkt. #103.) The current deadline is October 31, 2026. This is Plaintiff's first request to extend it.

Plaintiff and NYS have agreed on settlement terms. Completion of a settlement agreement was originally delayed by NYS's insistence on a collateral settlement agreement with co-defendant Solar Mosaic; that delay was ultimately resolved. Shortly after hearing this from NYS's counsel, on October 21, Plaintiff's counsel sent NYS's counsel the final settlement documents for signature. Plaintiff asked to receive them signed by October 26. NYS has not returned them. The first settlement payment is due October 28.

Plaintiff does not want to reopen the case against NYS. The extension would give NYS time to sign and would avoid an unnecessary motion to reopen. However, it would be unfair to Plaintiff for the case to close without a signed settlement agreement due to delay occasioned by the defendants' (ultimately successful) attempts to resolve their disputes.

Plaintiff therefore asks the Court to extend the deadline to apply to reopen this action as to NYS and Dratel through and including Monday, November 30, 2026.

On October 27, NYS's counsel, Jeffrey Ettenger, Esq., consented to this request as to NYS. Defendant Dratel is in default and has not appeared. Plaintiff's settlement with Solar Mosaic, LLC is complete, and this request does not affect Solar Mosaic.

Thank you for the Court's attention to this matter.

Respectfully,
*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc: All counsel of record (via ECF)

Application GRANTED. The deadline to reopen this action is now **November 30, 2026**.

SO ORDERED. 10/29/2026

[signature]

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE